THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LEROY HACKETT, Respondent.

Present — Hancock, Jr., J. P., Callahan, Denman, Green and O'Donnell, JJ.